MARY P. McCURDY (SBN 116812)
ROBERT J. SCOTT, Jr. (SBN 151775)
McCURDY FULLER RUETTGERS LLP
4300 Bohannon Drive, Suite 240
Menlo Park, California 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: mary.mccurdy@mccurdylawyers.com
E-mail: robert.scott@mccurdylawyers.com

Attorneys for Defendant
UNITED SPECIALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| DENNIS BEDELL<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED SPECIALTY INSURANCE COMPANY, a corporation; and DOES 1 through 20, inclusive,<br><br>    Defendants. | CASE NO. 8:14-cv-01632-JLS (RNBx)<br><br>**JUDGMENT** |

This Court granted defendant United Specialty Insurance Company's motion to dismiss plaintiff Dennis Bedell's first amended complaint on March 30, 2015. For the reasons set forth in the Court's March 30, 2015 order granting defendant's motion to dismiss and denying plaintiff's motion for partial summary judgment as moot, and good cause appearing therefore,

///

///

///

///

///

///

1 **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiff takes nothing on his causes of action against defendant, that the action be dismissed with prejudice, and that defendant recover its costs of suit incurred herein.

///

///

///

Dated: April 9, 2015

_____
Hon. Josephine L. Staton
United States District Judge